FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS E. ARRINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BENNETT,<br><br>    Defendant(s). | No. CV 06-6145-VBF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 4-11-08

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE